# Exhibit 2

US00D792646S

(12) **United States Design Patent** (10) Patent No.: **US D792,646 S**
Testa et al. (45) Date of Patent: ** **Jul. 18, 2017**

(54) **PLUG DEVICE**

(71) Applicant: **Moose Labs LLC**, Marina del Rey, CA (US)

(72) Inventors: **Maria Testa**, Marina del Rey, CA (US); **Daniel Rush**, Marina del Rey, (US); **Jason Rush**, Marina del Rey, CA (US)

(73) Assignee: **Moose Labs LLC**, Marina del Rey, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/551,157**

(22) Filed: **Jan. 11, 2016**

(51) **LOC (10) Cl.** ............................................. 27-02
(52) **U.S. Cl.**
    USPC ...................................................... **D27/167**
(58) **Field of Classification Search**
    USPC ........... D7/584, 585; D9/500, 502; D11/143, D11/144, 146, 152; D24/110.5; D26/2; D27/100, 101, 106, 143, 152, 172, 183, D27/187, 189, 190, 193, 194, 162–171; 131/220–222, 126, 173, 174, 194, 131/329–330
    CPC ...... A24F 1/02; A24F 1/04; A24F 1/06; A24F 1/08; A24F 1/10; A24F 1/12; A24F 1/14; A24F 1/22; A24F 1/28; A24F 1/30; A24F 9/10; A24F 47/002; A24F 47/00
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D247,255 S | * | 2/1978 | Frost | D27/162 |
| D265,935 S | * | 8/1982 | Sher | D27/162 |
| D266,605 S | * | 10/1982 | Sher | D27/162 |
| D269,659 S | * | 7/1983 | Holloway | D7/300.2 |
| D731,113 S | * | 6/2015 | Wu | D27/101 |
| D731,705 S | * | 6/2015 | Nadeem | D27/162 |
| D745,994 S | * | 12/2015 | Hanna | D27/162 |
| D745,995 S | * | 12/2015 | Albatche | D27/162 |
| D757,356 S | * | 5/2016 | Liu | D27/162 |
| D766,502 S | * | 9/2016 | Starr | D27/165 |
| 2012/0118306 A1 | * | 5/2012 | Mehio | A24F 1/30 131/328 |

(Continued)

FOREIGN PATENT DOCUMENTS

CN    303429827 S    11/2015

OTHER PUBLICATIONS

Plug Device | Orbit | Shisha Cigar Holder | posted at https://www.questel.com, posting date May 20, 2015 © n/a https://www.questel.com [online], [site visited Apr. 4, 2017], Available at https://www.questel.com/.*

*Primary Examiner* — Eric Goodman
*Assistant Examiner* — Jennifer Wright
(74) *Attorney, Agent, or Firm* — Seth D. Levy; Nixon Peabody LLP

(57) **CLAIM**

The ornamental design for a plug device, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a plug device of the present invention, with a side member depicted in broken lines;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a bottom view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a section view thereof with reference to the cross-section arrows depicted in FIG. **6**.
The broken lines in the drawings depict environmental subject matter only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D792,646 S**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

2014/0083441 A1\* 3/2014 Kaplani ................ A24F 47/008
131/329

\* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



*FIG. 7*