# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOOSE LABS LLC,<br><br>          Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>          Defendants. | Case No. 22-cv-04227 |

## NOTIFICATION OF AFFILIATES

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Plaintiff Moose Labs LLC, by and through its undersigned counsel, certifies that it is a privately held limited liability company having affiliates Jason Rush, Daniel Rush, Linda Rush, and Maria Testa.

Dated this 11th day of August 2022.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Jake M. Christensen
　　　　　　　　　　　　　　　　　　　　Thomas J. Juettner
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　jchristensen@gbc.law
　　　　　　　　　　　　　　　　　　　　tjjuettner@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Moose Labs LLC*