UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Moose Labs LLC

                Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                Defendant.

Case No.:
1:22−cv−04227

Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: The deadline of 11/28/2022 to object to plaintiff's motion for entry of default and default judgment has come and gone (see [41]), and no objection has been filed. Plaintiff's motion [38] for entry of default and default judgment is granted. Plaintiff asks the court to award "total profits," and, where applicable, statutory damages for design patent infringement under 35 U.S.C. § 289. Some defendants appear to sell non−infringing products. Plaintiff nevertheless asserts that all money in defendants' frozen financial accounts is presumptively profits from infringement, relying principally on WMS Gaming Inc. v. WPC Productions Ltd., 542 F.3d 601, 608 (7th Cir. 2008), as amended (Sept. 16, 2008), which is a trademark, not a patent, case. Nonetheless, WMS Gaming is consistent with Bergstrom v. Sears, Roebuck & Co., 496 F. Supp. 476, 497 (D. Minn. 1980), a design patent case, insofar as Bergstrom holds that, regarding subtracting costs from gross revenue to calculate profits from infringement under 35 U.S.C. § 289: "The burden of establishing the nature and amount of these costs, as well as their relationship to the infringing product, is on the defendants." Bergstrom, 496 F. Supp. at 497 (citing Henry Hanger & Display Fixture Corp. of Am. v. Sel−O−Rak Corp., 270 F.2d 635, 643 (5th Cir. 1959)); see also John Skenyon, Christopher Marchese & John Land, Patent Damages Law and Practice § 2:78 (Westlaw Nov. 2021 update). Accordingly, and because no defendant has appeared to rebut the presumption that the contents of defendants' financial accounts are profits from infringing activity, plaintiff's request for damages is granted. Enter default judgment. Civil case terminated.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.