**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOOSE LABS LLC, <br><br> Plaintiff, <br><br> v. <br><br> 420 SMOKING DROPSHIPPING STORE, et al., <br><br> Defendants. | Case No. 22-cv-4227 <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Moose Labs LLC ("Moose Labs" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A (collectively, the "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and have sold the same product, namely the footwear shown in Exhibit 1 to the Complaint [1-1], that infringes Moose Labs' U.S. Patent No. D792,646 (the "Infringing Products")..

| Patent Number | Claim | Issue Date |
|---|---|---|
| D792,646 | | July 18, 2017 |



THIS COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. offering for sale, selling, and importing any products not authorized by Moose Labs and that include any reproduction, copy or colorable imitation of the design claimed in the Moose Labs Design;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Moose Labs Design; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Pursuant to 35 U.S.C. § 289, Plaintiff is awarded profits from each of the Defaulting Defendants for infringing use of the Moose Labs Design on products sold through at least the Defaulting Defendants' Seller Aliases according to the below chart:

| Defaulting Defendant Seller Aliases | Profit Award |
|---|---|
| SMOKALL Official Store | $6,817 |
| SMOKALL Global Store | $4,895 |
| SMOKALL World Store | $3,179 |
| SMOKALL Factory Store | $5,900 |
| SMOKALL World-Trade Store | $1,530 |
| GZ Smoke Store | $250 |
| Smokall-Business Store | $962 |

4

| | |
|---|---|
| 420 Smoking Dropshipping Store | $250 |
| SmoSmo Store | $250 |
| Dorang hookak Store | $250 |
| Dongdong Smoking Store Store | $250 |
| Happy Stoners Store | $250 |
| Shop1100370509 Store | $250 |
| Yinxi store | $340 |
| GREENRISE SUPPLY | $11,497 |
| sanrongwangluokeji | $1,284 |
| Guests Store | $250 |
| China Dvd Vapes Store | $250 |
| Garden Vapes Store | $250 |
| Trust Seller Store | $1,111 |
| szloop Store | $250 |
| meido Store | $250 |
| pmart Store | $250 |
| icars Store | $250 |
| smoktechvape Store | $250 |
| cyc_amazed Store | $250 |
| szbesbuy Store | $250 |
| kingsgadgets Store | $250 |
| pparislove2020 Store | $250 |
| pmadvapers Store | $250 |
| cycelectronics Store | $250 |
| bestgearstore Store | $250 |
| pcycvaporstore Store | $250 |
| pfzcfoxhunter Store | $250 |
| mbmfactory Store | $250 |
| pcngarden Store | $250 |
| Puff Bar Flex Store | $1,261 |
| aiyue2020 Store | $250 |
| shixiang2020 Store | $1,165 |
| meidoll Store | $250 |
| comelon Store | $250 |
| richman88 Store | $250 |
| pjianyitech Store | $250 |
| truststore2021 Store | $250 |
| monggo Store | $250 |
| blingshop Store | $250 |
| sellerwin Store | $250 |
| pbeautgirl Store | $250 |

| | |
|---|---|
| sztrustboys Store | $250 |
| plurang Store | $250 |
| jiangxi2018 Store | $250 |
| hellowin Store | $250 |
| pelsagirl Store | $250 |
| flygirls Store | $250 |
| phiboys Store | $250 |
| pabci Store | $250 |
| pabcq Store | $250 |
| siruida Store | $250 |
| siruixiang Store | $250 |
| danuo Store | $250 |
| zechengtech Store | $250 |
| pfuzetech Store | $250 |
| pchengfugood Store | $250 |
| greatrui Store | $250 |
| ziming2018 Store | $250 |
| tengdaele Store | $250 |
| yowjo8025gs Store | $250 |
| knutm3582uh Store | $250 |
| wfgbj8064lf Store | $250 |
| pgicux429cb Store | $250 |
| pquddv2317gx Store | $250 |
| hkshenyusheng01 Store | $250 |
| hkhenyusheng02 Store | $250 |
| phonglongele02 Store | $250 |
| honglongele03 Store | $250 |
| honglongele04 Store | $250 |
| honglongele05 Store | $250 |
| honglongele06 Store | $250 |
| hkfuzecheng01 Store | $250 |
| phkfuzecheng04 Store | $250 |
| hkfuzecheng05 Store | $250 |
| hkfuzecheng09 Store | $250 |
| hkfuzecheng10 Store | $250 |
| anfuhaiyi Store | $250 |
| mingdingfeng Store | $250 |
| fzctj3 Store | $250 |
| fzctj6 Store | $250 |
| fzctg3 Store | $250 |
| fzcta7 Store | $250 |

| | |
|---|---|
| fzctj0 Store | $250 |
| fzctw5 Store | $250 |
| fzctb5 Store | $250 |
| fzctv7 Store | $250 |
| fzctq2 Store | $250 |
| fzctq66 Store | $250 |
| fzctr4 Store | $250 |
| fzctw6 Store | $250 |
| fzcto6 Store | $250 |
| fzcte11 Store | $250 |
| fzctp2 Store | $250 |
| fzctb66 Store | $250 |
| fzctt2 Store | $250 |
| fzcte4 Store | $250 |
| fzctq88 Store | $250 |
| pfzctn3 Store | $250 |
| pfzctu2 Store | $250 |
| pfzctc88 Store | $250 |
| fzctn8 Store | $250 |
| fzctc5 Store | $250 |

3. Plaintiff may serve this Order on Third Party Providers, including AliExpress, Alibaba, Inc., Ant Financial Services Group ("Ant Financial"), and Alibaba Group Holding Ltd. (collectively "AliExpress"), Amazon.com, Inc. ("Amazon"), PayPal, Inc. ("PayPal"), and DHgate by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third-Party Providers.

4. Any Third Party Providers holding funds for Defaulting Defendants, including Alipay, Ant Financial, Alibaba, Amazon, PayPal, and DHgate (together, the "Third Party Providers"), shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

5. All monies, up to the above identified damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers Alipay, Ant Financial, Alibaba, Amazon, PayPal, and DHgate, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including Alipay, Ant Financial, Alibaba, Amazon, PayPal, and DHgate, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

6. The ten thousand dollar ($10,000.00) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: December 5, 2022

/s/
Joan B. Gottschall
United States District Judge

**Moose Labs LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-04227**

# Schedule A

### Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | aliexpress.com/store/1101801562 | 420 Smoking Dropshipping Store |
| 2 | aliexpress.com/store/1101998751 | Dongdong Smoking Store Store |
| 3 | aliexpress.com/store/1101889891 | Dorang hookak Store |
| 4 | aliexpress.com/store/1101691860 | GZ Smoke Store |
| 5 | aliexpress.com/store/1102003265 | Happy Stoners Store |
| 6 | aliexpress.com/store/1102050274 | Shop1100370509 Store |
| 7 | aliexpress.com/store/1101556017 | SMOKALL Factory Store |
| 8 | aliexpress.com/store/1101370884 | SMOKALL Global Store |
| 9 | aliexpress.com/store/1101337831 | SMOKALL Official Store |
| 10 | aliexpress.com/store/1101520816 | SMOKALL World Store |
| 11 | aliexpress.com/store/1101625211 | SMOKALL World-Trade Store |
| 12 | aliexpress.com/store/1101708493 | Smokall-Business Store |
| 13 | aliexpress.com/store/1101804088 | SmoSmo Store |
| 14 | amazon.com/sp?seller=A30ZSKDZP14P8H | GREENRISE SUPPLY |
| 15 | DISMISSED | DISMISSED |
| 16 | amazon.com/sp?seller=A925ZS7MH754B | sanrongwangluokeji |
| 17 | amazon.com/sp?seller=A16518R1DRQEGJ | Yinxi store |
| 18 | dhgate.com/store/21553440 | aiyue2020 Store |
| 19 | dhgate.com/store/21750244 | anfuhaiyi Store |
| 20 | dhgate.com/store/21296939 | bestgearstore Store |
| 21 | dhgate.com/store/21742510 | blingshop Store |
| 22 | dhgate.com/store/13915322 | China Dvd Vapes Store |
| 23 | DISMISSED | DISMISSED |
| 24 | dhgate.com/store/21633571 | comelon Store |
| 25 | dhgate.com/store/21296675 | cyc_amazed Store |
| 26 | dhgate.com/store/21296920 | cycelectronics Store |
| 27 | DISMISSED | DISMISSED |
| 28 | dhgate.com/store/21748665 | danuo Store |
| 29 | dhgate.com/store/21748620 | flygirls Store |
| 30 | dhgate.com/store/21750719 | fzcta7 Store |
| 31 | dhgate.com/store/21750753 | fzctb5 Store |
| 32 | dhgate.com/store/21750847 | fzctb66 Store |
| 33 | dhgate.com/store/21751197 | fzctc5 Store |

| 34 | dhgate.com/store/21750821 | fzcte11 Store |
|---|---|---|
| 35 | dhgate.com/store/21751131 | fzcte4 Store |
| 36 | dhgate.com/store/21750714 | fzctg3 Store |
| 37 | dhgate.com/store/21750742 | fzctj0 Store |
| 38 | dhgate.com/store/21750704 | fzctj3 Store |
| 39 | dhgate.com/store/21750710 | fzctj6 Store |
| 40 | dhgate.com/store/21751194 | fzctn8 Store |
| 41 | dhgate.com/store/21750816 | fzcto6 Store |
| 42 | dhgate.com/store/21750839 | fzctp2 Store |
| 43 | dhgate.com/store/21750756 | fzctq2 Store |
| 44 | dhgate.com/store/21750763 | fzctq66 Store |
| 45 | dhgate.com/store/21751133 | fzctq88 Store |
| 46 | dhgate.com/store/21750814 | fzctr4 Store |
| 47 | dhgate.com/store/21751109 | fzctt2 Store |
| 48 | dhgate.com/store/21750754 | fzctv7 Store |
| 49 | dhgate.com/store/21750747 | fzctw5 Store |
| 50 | dhgate.com/store/21750815 | fzctw6 Store |
| 51 | dhgate.com/store/14770183 | Garden Vapes Store |
| 52 | dhgate.com/store/21748691 | greatrui Store |
| 53 | dhgate.com/store/13702860 | Guests Store |
| 54 | dhgate.com/store/21748602 | hellowin Store |
| 55 | dhgate.com/store/21750187 | hkfuzecheng01 Store |
| 56 | dhgate.com/store/21750195 | hkfuzecheng05 Store |
| 57 | dhgate.com/store/21750221 | hkfuzecheng09 Store |
| 58 | dhgate.com/store/21750223 | hkfuzecheng10 Store |
| 59 | dhgate.com/store/21749687 | hkhenyusheng02 Store |
| 60 | dhgate.com/store/21749683 | hkshenyusheng01 Store |
| 61 | dhgate.com/store/21749722 | honglongele03 Store |
| 62 | dhgate.com/store/21749725 | honglongele04 Store |
| 63 | dhgate.com/store/21749727 | honglongele05 Store |
| 64 | dhgate.com/store/21749728 | honglongele06 Store |
| 65 | dhgate.com/store/20754442 | icars Store |
| 66 | dhgate.com/store/21748565 | jiangxi2018 Store |
| 67 | dhgate.com/store/21296710 | kingsgadgets Store |
| 68 | dhgate.com/store/21749494 | knutm3582uh Store |
| 69 | DISMISSED | DISMISSED |
| 70 | DISMISSED | DISMISSED |
| 71 | dhgate.com/store/21345374 | mbmfactory Store |
| 72 | dhgate.com/store/20732968 | meido Store |
| 73 | dhgate.com/store/21564247 | meidoll Store |
| 74 | dhgate.com/store/21750245 | mingdingfeng Store |

| 75 | dhgate.com/store/21741819 | monggo Store |
|---|---|---|
| 76 | dhgate.com/store/21748632 | pabci Store |
| 77 | dhgate.com/store/21748636 | pabcq Store |
| 78 | dhgate.com/store/21742585 | pbeautgirl Store |
| 79 | dhgate.com/store/21748679 | pchengfugood Store |
| 80 | dhgate.com/store/21523712 | pcngarden Store |
| 81 | dhgate.com/store/21296953 | pcycvaporstore Store |
| 82 | dhgate.com/store/21748615 | pelsagirl Store |
| 83 | dhgate.com/store/21748677 | pfuzetech Store |
| 84 | dhgate.com/store/21296956 | pfzcfoxhunter Store |
| 85 | dhgate.com/store/21751166 | pfzctc88 Store |
| 86 | dhgate.com/store/21751160 | pfzctn3 Store |
| 87 | dhgate.com/store/21751162 | pfzctu2 Store |
| 88 | dhgate.com/store/21749551 | pgicux429cb Store |
| 89 | dhgate.com/store/21748626 | phiboys Store |
| 90 | dhgate.com/store/21750194 | phkfuzecheng04 Store |
| 91 | dhgate.com/store/21749715 | phonglongele02 Store |
| 92 | dhgate.com/store/21636097 | pjianyitech Store |
| 93 | dhgate.com/store/21743361 | plurang Store |
| 94 | dhgate.com/store/21296734 | pmadvapers Store |
| 95 | dhgate.com/store/20752490 | pmart Store |
| 96 | dhgate.com/store/21296725 | pparislove2020 Store |
| 97 | dhgate.com/store/21749556 | pquddv2317gx Store |
| 98 | dhgate.com/store/21532933 | Puff Bar Flex Store |
| 99 | dhgate.com/store/21633598 | richman88 Store |
| 100 | dhgate.com/store/21742541 | sellerwin Store |
| 101 | dhgate.com/store/21556703 | shixiang2020 Store |
| 102 | dhgate.com/store/21748661 | siruida Store |
| 103 | dhgate.com/store/21748663 | siruixiang Store |
| 104 | dhgate.com/store/20933785 | smoktechvape Store |
| 105 | dhgate.com/store/21296707 | szbesbuy Store |
| 106 | dhgate.com/store/17702954 | szloop Store |
| 107 | dhgate.com/store/21742746 | sztrustboys Store |
| 108 | dhgate.com/store/21749465 | tengdaele Store |
| 109 | dhgate.com/store/14771561 | Trust Seller Store |
| 110 | dhgate.com/store/21732098 | truststore2021 Store |
| 111 | dhgate.com/store/21749496 | wfgbj8064lf Store |
| 112 | dhgate.com/store/21749491 | yowjo8025gs Store |
| 113 | dhgate.com/store/21748673 | zechengtech Store |
| 114 | dhgate.com/store/21748720 | ziming2018 Store |